**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1172**

---

ALECIA Y. FARLEY, agent of Farley Aleciay,

        Plaintiff - Appellant,

    v.

LENDMARK FINANCIAL SERVICES, LLC; NATHANIEL A. SCAGGS, Esquire,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00092-JAG)

---

Submitted:  May 22, 2025                           Decided:  May 28, 2025

---

Before KING, AGEE, and WYNN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Alecia Y. Farley, Appellant Pro Se.  George Gostin Robertson, HOLLAND & KNIGHT, LLP, Houston, Texas; Andrew Biondi, Douglas Aaron Winegardner, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alecia Y. Farley seeks to appeal the district court's order conditionally filing her civil complaint and directing her to comply with the requirements of a prefiling injunction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Farley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*